lates to reduce the judgment as entered to the sum of $23,574.55; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

WILLIAM CAREY, Respondent, v. Co-Co-Oi TRANSPORTATION, INC., Appellant, Impleaded with Others, Defendants.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $5,203.72; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

CHARLES H. WHITE, Respondent, v. HENRY BLUM, Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

SARAH SHYATT and MAX SHYATT, Appellants, v. THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; O'Malley, J., dissents and votes to reverse and grant a new trial on the ground that the plaintiffs established *prima facie* negligence on the part of the defendant; and upon the further ground that the trial court erred in excluding evidence offered by the plaintiffs to show that the defendant in attempting to remedy the conditions shoveled snow from the center of the streets onto the crosswalks where it was left to be trodden down by pedestrians, thereby accentuating the dangerous condition of the crosswalks.

BENJAMIN H. LEIBMAN, Appellant, v. EDBRO REALTY Co., INC., Respondent, Impleaded with Another, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ADOLPH SPOSATO, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD HARDING, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of a Plan for the Readjustment, Modification or Reorganization of the Rights of All the Holders of Mortgage Investments Represented by Series C-2 First Mortgage Participation Certificates Issued and Guaranteed by NEW YORK TITLE AND MORTGAGE COMPANY. In the Matter of the Application of LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of NATIONAL MORTGAGE CORPORATION, etc., for an Order Adjudicating That Said Petitioner, as Liquidator of NATIONAL MORTGAGE CORPORATION, Is Entitled to Share in the Trust Estate Equally with the Other Certificate Holders, etc. In the Matter of the Liquidation of NEW YORK TITLE AND MORTGAGE COMPANY. In the Matter of the Application of THE NEW YORK TRUST COMPANY, as Trustee for Holders of Certificates in Series N-106 of NEW YORK TITLE AND MORTGAGE COMPANY, for an Order Subordinating the Equity of NEW YORK TITLE AND MORTGAGE COMPANY in the Mortgage Collateral of Said Series, etc. FRANK L. WEIL and Others, Appellants; LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator, etc., and Others, Respondents.— Order, so far as appealed from, unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Townley, J., taking no part. [172 Misc. 73.]